IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MOHAMMED ABUHARBA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    Case No. 14-cv-01121-JPG-SCW |
| | ) |
| RICHARD WATSON, *et al*., | ) |
| | ) |
|     Defendants. | ) |

## MEMORANDUM AND ORDER

    This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 35) of Magistrate Judge Stephen C. Williams with regard to Defendants' Motion (Doc. 31) to Dismiss for Lack of Prosecution.  There were no objections to the R & R.

    The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    The Court has received no objection to the Report.  The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 35) and **GRANTS** Defendants' Motion (Doc. 31) to Dismiss for Lack of Prosecution.  This matter is **DISMISSED** with prejudice and he Clerk of Court is **DIRECTED** to enter judgment according.

    **IT IS SO ORDERED.**

    **DATED:**  9/19/2016        *s/J. Phil Gilbert*
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**