IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MOHAMMED ABUHARBA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-cv-01121-JPG-SCW |
| ) | |
| RICHARD WATSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,   IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **Richard Watson, Thomas Trice, Steven Strubberg,** and **Nancy Sutherlin** for conditions of confinement that amounted to punishment in violation of the 14th Amendment and retaliation in violation of the 1st Amendment are dismissed with prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **Richard Watson, Thomas Trice, Steven Strubberg,** and **Nancy Sutherlin** and against plaintiff **Mohammed Abuharba** on his claims for conditions of confinement that amounted to punishment in violation of the 14th Amendment and retaliation in violation of the 1st Amendment.

**DATED:** 9/19/2016               **Justine Flanagan, Acting Clerk of Court**

                                                                *s/Tina Gray*, Deputy Clerk


**Approved:**     *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**